

# NUMBER 13-15-00314-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE STATE FARM LLOYDS AND DAVID R. CABE

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria**
**Per Curiam Memorandum Opinion[1]**

Relators, State Farm Lloyds and David R. Cabe, filed a petition for writ of mandamus in the above cause on July 10, 2015.   Relators have now filed an unopposed motion to dismiss the petition for writ of mandamus on grounds that the real parties in interest, Horacio Salinas and Maria Salinas, have nonsuited their claims in the underlying cause.   Relators thus contend that this petition for writ of mandamus has been rendered moot and request that we dismiss this original proceeding.

The Court, having examined and fully considered the petition for writ of mandamus

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

and the unopposed motion to dismiss, is of the opinion that this matter has been rendered moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . ."); *State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought). Accordingly, the Court GRANTS the unopposed motion to dismiss and DISMISSES the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
24th day of July, 2015.